

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WILLIAM JEREZ,

                Plaintiff,

    -against-

HOSTOS COMMUNITY COLLEGE,
                Defendant.
-----------------------------------------------------------------X

07 **CIVIL** 9383 (VM)

**JUDGMENT**

Defendant having moved to dismiss, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on December 21, 2007, having rendered its Decision and Order granting defendant's motion to dismiss the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated December 21, 2007, defendant's motion to dismiss the complaint is granted; accordingly, the case is closed.

**Dated:** New York, New York
       January 31, 2008

                                        **J. MICHAEL McMAHON**
                                            **Clerk of Court**
                BY:
                                              **Deputy Clerk**

                                **THIS DOCUMENT WAS ENTERED**
                                **ON THE DOCKET ON** _____